IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LYNN R. BURSE, JR.,            )
                               )
        Plaintiff,             )
                               )
        v.                     ) Ci. No. 05-113-GMS
                               )
FIRST CORRECTIONAL MEDICAL,    )
                               )
        Defendant.             )

**ORDER**

```
                        F I L E D

                         JUN - 6 2005

                      U.S. DISTRICT COURT
                      DISTRICT OF DELAWARE
```

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 20, 2005, this Court entered an order granting leave to proceed in forma pauperis and ordering the plaintiff to submit within thirty (30) days from the date the order was sent, a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 3);

WHEREAS, to date, the required document(s) have not been received from the plaintiff;

THEREFORE, at Wilmington this 6th day of _____ ,
2005, IT IS HEREBY ORDERED that the plaintiff's complaint is
DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge