JUDGE GREGORY SLEET

6-8-05

I RECEIVED A LETTER TODAY 6-8-05. THE LETTER WAS IN REGARDS TO A FORMA PAUPERIS. I DON'T KNOW WHAT THIS MEAN'S. I WISH TO FILE THIS OVER AND DON'T KNOW HOW TO DO THIS. PLEASE HELP GUIDE ME THRUGH THIS PROCESS SO I CAN RECIEVE THE HELP I SO DESPRITLY NEED. I HURT VERY BAD AND FIND IT DIFFICALT TO WRITE AT TIMES FOR THE PAIN. THE FIRST STATE MEDICAL STAFF LEFT ME LOCKED DOWN IN A 24-23 AND 1 INVIORMENT AND I HAD TO SUFFER WITHOUT MEDICAL ATTENTION FOR 2 MOS. THE HAND HEALED IN THE BROKE SPOT. I STILL HAVE YET BEEN TO A SPECIALIST TO HAVE MY HAND REBROKE AND SET. I NEED HELP PLEASE!

CASE # 1:05-CV-113

LYNN BURSE
#247219

PS. PLEASE SEND ME THE PROPER PAPPERWORK TO MOVE FAWORD IN THIS MATTER.

I/M: Lynn W Burse   BLDG: Key South C-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

ATT. Judge G. Sleet
Office of the Clerk
U/S District Court
844 N. King St, Lock Box 18
Wilmington DE. 19801-3570

U.S. POSTAGE $00.370
JUN 09 05
PB 2230370
19947

FILED
2005 JUN 15 PM 4:29
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE