IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN R. BURSE, JR., | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) Ci. No. 05-113-GMS ) |
| FIRST CORRECTIONAL MEDICAL, | ) ) |
|     Defendant. | ) |

**ORDER**

FILED
AUG 3 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WHEREAS, the plaintiff, Lynn R. Burse, Jr., SBI #247219 is a prisoner incarcerated at the Delaware Correctional Center in Smyrna, Delaware, and on February 28, 2005, the plaintiff filed a complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on April 20, 2005, this Court granted the plaintiff leave to proceed in forma pauperis and ordered him to file a certified copy of his trust account summary for the six month period preceding the filing of the complaint within thirty (30) days from the date the order was sent, or the case would be dismissed (D.I. 3);

WHEREAS, on June 6, 2005, this Court dismissed the plaintiff's complaint because the required documents were not filed within the time provided (D.I. 4);

WHEREAS, on June 15, 2005, the Court received the

plaintiff's letter motion for reconsideration asking the Court to reopen his complaint and stating that he did not understand the Court's Order dated April 20, 2005 (D.I. 5);

THEREFORE, at Wilmington this 26TH day of August, 2005, IT IS ORDERED that the plaintiff's request is GRANTED. The plaintiff shall file a certified copy of his trust account summary for the six month period preceding the filing of his complaint within thirty (30) days from the date this order is sent. If the plaintiff fails to file the required documents in the time provided, the Court shall dismiss the action without prejudice.

/s/ _____
United States District Judge