I HAVE INCLOSED THE PAPER'S THAT 05-113 (GMS) THE JUDGE HAS REQUIRED TO BE SENT TO CONTINUE THE CASE. I HAVE NO KNOWLEDGE OF THE WAY THIS IS DONE, SO IF YOU REQUIRE ANY MORE INFORMATION IN THIS MATTER PLEASE LET ME KNOW.

THANK YOU

LYNN BURSE
#247219
KEY SOUTH A-TIER
PI BULDING.
SUSSEX CORRECTIONAL
INSTITUTION P.O. BOX 500
GEORGETOWN DE 19947

FILED
SEP 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

247217
I/M: LYNN BURSE   BLDG: KEY-A-TIER
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCK BOX 18
WILMINGTON DELAWARE
19801-3570