# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-113 (GmS)

TO: *Lynn Burse*     SBI#: *247219*

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: *September 16, 2004*

**FILED**
SEP 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of *March 1, 2004* to *August 31, 2004*.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| March | — |
| April | 48.29 |
| May | 6.42 |
| June | 10.87 |
| July | .01 |
| Aug | 14.39 |

Average daily balances/6 months: 13.33

Attachments
CC: File

*Stacy Shane*
9/16/04

*[signature]*
9/16/04