IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN R. BURSE, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-113-GMS |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, plaintiff Lynn R. Burse, Jr. ("Burse"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, the case was dismissed and on August 31, 2005, the Court reopened the case and entered an order granting leave to proceed *in forma pauperis* and ordered Burse to submit within thirty (30) days from the date the order was sent, a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 6);

WHEREAS, Burse filed the requested documents, but was notified by the Clerk's Office that they are deficient and to submit the correct documents (D.I. 9);

WHEREAS, to date, the required document(s) have not been received from the plaintiff;

THEREFORE, at Wilmington this 12th day of December, 2005, IT IS HEREBY ORDERED that plaintiff Lynn R. Burse, Jr. shall file a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. FAILURE TO PROVIDE THE REQUESTED INFORMATION WITHIN 30

DAYS FROM THE DATE OF THIS ORDER SHALL RESULT IN THE DISMISSAL OF THIS

ACTION WITHOUT PREJUDICE.

_____
United States District Judge