TO THE DISTRICT COURT OF DELAWARE                               1-06-06

I RESPECTFULLY APOLOGIZE FOR ANY INCONVIENCES THAT I HAVE COUSED THIS COURT. I AM IN A SITUATION THAT WILL DELAY ME FROM HAVING THE INFORMATION THAT YOUR COURT REQUESTS BY THE DATE OF JANUARY 12TH 06, AND ASK YOU TO PLEASE EXTEND THE TIME TO ATLEAST THE 20TH OF JAN. 06 SO I CAN SEND THE REQUESTED FORMS. I AM IN THE HOLE AT SUSSEX CORECTIONAL INSTATUTION IN GEORGETOWN AND WILL BE BACK ON THE COMPOUND BY THE 15TH OF JANUARY 06 AND REALIZE THAT I WILL BE CUTTING YOUR DEADLINE CLOSE. PLEASE EXSEPT MY SINCEAREST APOLIGYS AND I WILL PROMISE NOT TO DELAY YOU ANY FEARTHER. I HAVE A COPY OF MY HOLE TRUST ACCOUNT STATMENT IN MY PERSONAL'S WITCH IS IN STORIGE UNTIL I GET BACK TO MY BUILDING CAN NOT PUT MY HANDS ON. BUT IF YOU WILL PLEASE GRANT ME THIS I WILL NOT DALLY OR MAKE YOU WAITE ANY FEARTHER. THANK YOU FOR ANY HELP YOU CAN OFFER.

                                        SINCERLY

                                        LYNN BURSS
                                        #249219
                                        CIVIL ACTION # 05-113-GMS

FILED
JAN 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: LYNN BURSE  BLDG: H-W HOLE
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCK BOX 18
WILMINGTON, DELAWARE
19801-3570