THIS IS A COPY OF MY ACCOUNT STATEMENT THAT WAS REQUESTED OF BY YOUR COURT.

SORRY FOR ANY INCOVIENKE THAT I HAVE COUSED.

05-113(GMS)

Lynn Burse
#247219

IF YOU NEED ANY THING ELSE I LYNN BURSE GIVE THE UNITED STATES DISTRICT COURT FOR THE STATE OF DELAWARE PERMISSION TO GO INTO MY RECORDS AND RETRIEVE ANY INFORMATION NEEDED TO PROCEED IN THE CASE CIVIL ACTION. #05-113-GMS.   1-11-06

THANK YOU.

FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: LYNN BURSE  BLDG: KEY-A TIER
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. King St. Lockbox 18
Wilmington, DE
19801-3570