05-113(GMS)

## View Inmate Transactions

Enter SBI: 00247219    Enter Last Name:

Business Office Comments:

| SBI | LName | FName | MN | Suffix | BldgId | CurrentBa | Med_Hol | NonMed |
|---|---|---|---|---|---|---|---|---|
| 00247219 | BURSE | LYNN | | | KEY C | ($38.86) | $0.00 | $0.00 |

*A 40.00 money order was posted to your account accidentally. Sorry for the inconvenience.*

| SBI | TransName | Amt | TransDt | SourceName |
|---|---|---|---|---|
| 00247219 | Committed | $0.68 | 6/9/2002 | |
| 00247219 | Committed | $0.00 | 6/9/2002 | |
| 00247219 | Discharge | $0.00 | 6/10/2002 | |
| 00247219 | Committed | $0.00 | 7/14/2002 | |
| 00247219 | Discharge | $0.00 | 7/15/2002 | |
| 00247219 | Committed | $0.00 | 1/29/2003 | |
| 00247219 | Discharge | $0.00 | 1/31/2003 | |
| 00247219 | Committed | $0.00 | 2/26/2003 | |
| 00247219 | Discharge | $0.00 | 3/6/2003 | |
| 00247219 | Committed | $17.62 | 3/25/2003 | |
| 00247219 | Committed | $0.00 | 3/25/2003 | |
| 00247219 | Discharge Cash | ($18.30) | 3/26/2003 | |
| 00247219 | Discharge | $0.00 | 3/26/2003 | |
| 00247219 | Committed | $0.00 | 6/16/2003 | |
| 00247219 | Committed | $47.68 | 6/16/2003 | |
| 00247219 | Discharge | $0.00 | 6/16/2003 | |
| 00247219 | Discharge CK | ($47.68) | 6/17/2003 | |
| 00247219 | Committed | $0.00 | 7/26/2003 | |
| 00247219 | Discharge | $0.00 | 7/26/2003 | |
| 00247219 | Committed | $14.26 | 7/26/2003 | |
| 00247219 | Discharge Cash | ($14.26) | 7/29/2003 | |
| 00247219 | Postage-Commissa | $0.00 | 10/24/2003 | POSTCARDS |
| 00247219 | Committed | $0.00 | 10/24/2003 | |
| 00247219 | Discharge | $0.00 | 11/3/2003 | |
| 00247219 | Committed | $7.52 | 12/20/2003 | |
| 00247219 | Committed | $0.00 | 12/20/2003 | |
| 00247219 | Commissary | ($6.16) | 1/7/2004 | |
| 00247219 | Postage-Commissa | ($1.20) | 1/13/2004 | POSTCARDS |
| 00247219 | Copies | $0.00 | 1/28/2004 | |
| 00247219 | Postage-Commissa | $0.00 | 2/5/2004 | |
| 00247219 | Payroll | $17.96 | 2/5/2004 | |
| 00247219 | Commissary | ($15.10) | 2/11/2004 | |
| 00247219 | Mail MO | $30.00 | 2/19/2004 | EDITH MERGLER |
| 00247219 | Commissary | ($30.02) | 2/25/2004 | |
| 00247219 | Commissary | $30.02 | 2/25/2004 | CORRECTION |

FILED
JAN 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| SBI | TransName | Amt | TransDt | SourceName |
|---|---|---|---|---|
| 00247219 | Commissary | ($13.92) | 3/3/2004 | |
| 00247219 | Payroll | $4.34 | 3/5/2004 | |
| 00247219 | Commissary | ($19.60) | 3/10/2004 | |
| 00247219 | Copies | ($1.00) | 3/10/2004 | |
| 00247219 | Postage-Commissa | ($1.84) | 3/10/2004 | |
| 00247219 | Medical | $0.00 | 3/11/2004 | |
| 00247219 | Medical | ($1.00) | 3/11/2004 | |
| 00247219 | Discharge | $0.00 | 3/12/2004 | |
| 00247219 | Committed | $0.00 | 3/1/2005 | |
| 00247219 | Medical No Show | $0.00 | 3/3/2005 | |
| 00247219 | Medical No Show | ($4.00) | 3/4/2005 | |
| 00247219 | Mail CK | $20.00 | 3/4/2005 | TED & ANNA COOKE |
| 00247219 | Commissary | ($15.98) | 3/7/2005 | |
| 00247219 | Mail CK | $10.01 | 3/8/2005 | DCC |
| 00247219 | Commissary | ($9.90) | 3/14/2005 | |
| 00247219 | Visit MO | $20.00 | 3/17/2005 | RICHARD STOAKLEY |
| 00247219 | Commissary | ($19.96) | 3/21/2005 | |
| 00247219 | Visit MO | $20.00 | 3/31/2005 | RICHARD STOAKLEY |
| 00247219 | Commissary | ($20.04) | 4/4/2005 | |
| 00247219 | Mail MO | $10.00 | 4/6/2005 | JOAN HAMMOND |
| 00247219 | Visit MO | $20.00 | 4/7/2005 | RICHARD STOAKLEY |
| 00247219 | Mail MO | $20.00 | 4/11/2005 | TED & ANNA COOL? |
| 00247219 | Commissary | ($29.91) | 4/11/2005 | |
| 00247219 | Commissary | ($20.07) | 4/18/2005 | |
| 00247219 | Visit MO | $20.00 | 4/21/2005 | NONE |
| 00247219 | Commissary | ($19.90) | 4/25/2005 | |
| 00247219 | Pay-To | ($1.75) | 5/4/2005 | |
| 00247219 | Visit MO | $20.00 | 4/28/2005 | NONE |
| 00247219 | Visit MO | $40.00 | 4/28/2005 | J. SAVAGE |
| 00247219 | Commissary | ($53.65) | 5/2/2005 | |
| 00247219 | Medical | $0.00 | 5/4/2005 | |
| 00247219 | Medical | ($4.85) | 5/4/2005 | 8.00 2.00 |
| 00247219 | Medical No Show | $0.00 | 5/9/2005 | |
| 00247219 | Medical | $0.00 | 5/15/2005 | |
| 00247219 | Medical | ($2.00) | 5/15/2005 | |
| 00247219 | Medical No Show | ($4.00) | 5/15/2005 | |
| 00247219 | Medical | ($1.15) | 5/15/2005 | |
| 00247219 | Visit MO | $20.00 | 5/13/2005 | RICHARD STONKLEY? |
| 00247219 | Mail CK | $50.00 | 5/16/2005 | TED & ANNA COOKE |
| 00247219 | Commissary | ($61.71) | 5/23/2005 | |
| 00247219 | Visit MO | ($40.00) | 5/25/2005 | PUT ON WRONG ACCOUNT |

*Handwritten annotations in right margin:* 1.00, 4.00, 4.85, 2.00, 4.00, 1.15

*Handwritten at bottom:*
1
4
2
4.1
1.15
4.85
17.00


$5.15 RETURNED

I/M: LYNN BURSE  BLDG: KEY-A TIER
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. King St. Lockbox 18
Wilmington, DE
19801-3570