## Prior Month -- Individual Statement

Date Printed: 1/17/2006

Page 1 of 1

### For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00247219 | BURSE | LYNN | | | | |
| Current Location: KEY A | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage-Com | | 7/12/2005 | $0.00 | $0.00 | ($1.60) | $0.00 | $0.00 |
| Visit MO | RICHARD STOAKLEY | 7/15/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Commissary | | 7/25/2005 | ($18.40) | $0.00 | $0.00 | $0.00 | $1.60 |
| Postage-Com | | 7/27/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

## Prior Month -- Individual Statement

Date Printed: 1/17/2006

Page 1 of 1

### For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00247219 | BURSE | LYNN | | | | |
| Current Location: | KEY A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage-Corn | | 8/8/2005 | $0.00 | $0.00 | ($1.60) | $0.00 | $0.00 |
| Medical | | 8/14/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| Medical | | 8/29/2005 | $0.00 | ($2.00) | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

## Prior Month -- Individual Statement

Date Printed: 1/17/2006                                                                  Page 1 of 1

### For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00247219 | BURSE | LYNN | | | | |
| Current Location: | KEY A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 9/7/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | $0.00 |
| Visit MO | RICHARD STOAKLEY | 9/9/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Medical | | 9/11/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $14.00 |
| Medical | | 9/11/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $10.00 |
| Medical | | 9/11/2005 | ($2.00) | $0.00 | $0.00 | $0.00 | $8.00 |
| Postage-Com | | 9/13/2005 | $0.00 | $0.00 | ($1.60) | $0.00 | $8.00 |
| Postage-Com | | 9/27/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | $6.40 |
| Postage-Com | | 9/27/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | $4.80 |
| | | | | | | Ending Mth Balance: | $4.80 |

## Prior Month -- Individual Statement

Date Printed: 1/17/2006                                                       Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $4.80 |
|---|---|---|---|---|---|---|
| 00247219 | BURSE | LYNN | | | | |
| Current Location: | KEY A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/6/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $0.80 |
| Medical | | 10/10/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.80 |
| Medical | | 10/10/2005 | ($0.80) | ($3.20) | $0.00 | $0.00 | $0.00 |
| Medical | | 10/12/2005 | ($3.20) | $0.00 | $0.00 | $0.00 | ($3.20) |
| Reimburseme | MEDICAL | 10/12/2005 | $5.15 | $0.00 | $0.00 | $0.00 | $1.95 |
| | | | | | Ending Mth Balance: | | $1.95 |

## Prior Month -- Individual Statement

Date Printed: 1/17/2006                                                                 Page 1 of 1

### For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.95 |
|---|---|---|---|---|---|---|
| 00247219 | BURSE | LYNN | | | | |
| Current Location: | KEY A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | RICHARD STOAKLEY | 11/3/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $21.95 |
| Commissary | | 11/3/2005 | ($1.95) | $0.00 | $0.00 | $0.00 | $20.00 |
| Mail CK | TED & ANNA COOKE | 11/8/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| Commissary | | 11/10/2005 | ($39.94) | $0.00 | $0.00 | $0.00 | $0.06 |
| Medical | | 11/28/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.06 |
| Medical | | 11/28/2005 | ($0.06) | ($3.94) | $0.00 | $0.00 | $0.00 |
| Visit MO | RICHARD STOAKLEY | 11/30/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Medical | | 11/30/2005 | ($3.94) | $0.00 | $0.00 | $0.00 | $16.06 |
| | | | | | | Ending Mth Balance: | $16.06 |

# Prior Month -- Individual Statement

Date Printed: 1/17/2006                                                                    Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $16.06 |
|---|---|---|---|---|---|---|
| 00247219 | BURSE | LYNN | | | | |
| Current Location: | KEY A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 12/8/2005 | ($15.96) | $0.00 | $0.00 | $0.00 | $0.10 |
| Postage-Com | | 12/8/2005 | $0.00 | $0.00 | ($1.60) | $0.00 | $0.10 |
| Mail MO | TED & ANNA COOKE | 12/14/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.10 |
| Postage-Com | | 12/28/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | $18.50 |
| | | | | | | Ending Mth Balance: | $18.50 |