IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LYNN R. BURSE, JR.                )
                                  )
        Plaintiff,                )
                                  )
    v.                            )  Civil Action No. 05-113-GMS
                                  )
FIRST CORRECTIONAL MEDICAL,       )
                                  )
        Defendant.                )

```
                  FILED

                FEB 1 4 2006

            U.S. DISTRICT COURT
            DISTRICT OF DELAWARE
```

**AUTHORIZATION**

I, Lynn R. Burse, Jr., SBI #247219, request and authorize the *scanned*
agency holding me in custody to disburse to the Clerk of the

Court the initial partial filing fee of $4.00 and the subsequent

payments pursuant to 28 U.S.C. § 1915(b) and required by the

Court's order dated *January 19*, 2006.

    This authorization is furnished to the Clerk of Court in

connection with the filing of a civil action, and I understand

that the filing fee for the complaint is $250.00.  I also

understand that the entire filing fee may be deducted from my

trust account regardless of the outcome of my civil action.  This

authorization shall apply to any other agency into whose custody

I may be transferred.

Date:  *FEB. 12-06*            , 2006.



                                    _____
                                    Signature of Plaintiff

I/M: LYNN BURSE  BLDG: KEY-B-TIER
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING STREET Lockbox #18
WILMINGTON, DELAWARE
19801-3570

U.S. POSTAGE $00.390  PB 2230370  FEB 13 06  19947